ACCEPTED
01-15-00233-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/14/2015 9:40:26 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00233-CV

_____

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT
HOUSTON, TEXAS

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/14/2015 9:40:26 AM

CHRISTOPHER A. PRINE
Clerk

## EL AHORRO PROPERTIES, LLC, ADVENTURE SUPERMARKETS, LLC and ROSARA INVESTMENTS, LLC
*Appellants*

**vs.**

## AYDA MARTINEZ
*Appellee*

_____

## AMENDED JOINT MOTION TO DISMISS
_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 42.1, Appellants and Appellee file this amended joint motion to dismiss the appeal and would respectfully show this Court as follows:

1.     The parties have reached an agreement to abate the underlying lawsuit pending mediation and, if mediation is unsuccessful, arbitration. As a result, Appellants no longer wish to pursue this appeal.

2.     In accordance with their agreement, the parties jointly request that the Court grant this motion and dismiss the appeal.

3. In further accordance with their agreement, all taxable Court costs shall be paid by the party who incurred same.

Respectfully submitted,

**EGGLESTON & BRISCOE, LLP**
4800 Three Allen Center
333 Clay Street
Houston, Texas 77002
(713) 659-5100 – Telephone
(713) 951-9920 – Facsimile


By:_____ /s/ *David W. Smith*
      David W. Smith
      State Bar No. 24027868
      dws@egglestonbriscoe.com

**ATTORNEYS FOR APPELLANTS**

**MOLINA LAW FIRM**
11550 Fuqua, Suite 580
Houston, Texas 77034
(281) 922-4300 – Telephone
(281) 922-4325 – Facsimile


By:_____ /s/ *Rick Molina*
      Rick Molina
      State Bar No. 00784621
      rmolina@molinalawfirm.com

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Rick Molina, counsel for Appellee, and Appellee does not oppose dismissal and has joined this motion.

/s/ *David W. Smith*
David W. Smith


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on the following counsel of record via electronic notification and/or facsimile on this the 14th day of May 2015:

Rick Molina
Molina Law Firm
11550 Fuqua, Suite 580
Houston, Texas 77034

/s/ *David W. Smith*
David W. Smith